# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kyle Joseph Domitrovits<br>        Brittany Kristen Domitrovits aka Brittany Kristen Messeniehner<br>                Debtors<br><br>Freedom Mortgage Corporation<br>                Movant<br>        vs.<br><br>Kyle Joseph Domitrovits<br>Brittany Kristen Domitrovits aka Brittany Kristen Messeniehner<br>                Respondents | CHAPTER 13<br><br><br>NO. 18-12926 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Freedom Mortgage Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about July 20, 2018 (Document No. 15).

                           Respectfully submitted,

                           **/s/ Rebecca A. Solarz,  Esquire**
                           Rebecca A. Solarz, Esquire
                           Attorney for Movant
                           KML Law Group, P.C.
                           BNY Mellon Independence Center
                           701 Market Street, Suite 5000
                           Philadelphia, PA  19106
                           215-627-1322

October 23, 2018