United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12926-ref
Kyle Joseph Domitrovits                                                 Chapter 13
Brittany Kristen Domitrovits
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1              Date Rcvd: Oct 25, 2018
                             Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db/jdb        +Kyle Joseph Domitrovits,   Brittany Kristen Domitrovits,   1028 Hogan Way,
               Northampton, PA 18067-2701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Joint Debtor Brittany Kristen Domitrovits claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;bkeil@laputkalaw.com
              CHARLES   LAPUTKA    on behalf of Debtor Kyle Joseph Domitrovits claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;bkeil@laputkalaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kyle Joseph Domitrovits and Brittany
Kristen Domitrovits
   Debtor(s)               Chapter: 13
                      Bankruptcy No: 18−12926−ref

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

  AND NOW, this October 25, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

  A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

  B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

  C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Richard E. Fehling
                      Chief Judge ,
                      United States Bankruptcy Court

                             28
                         Form 155