UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kyle Joseph Domitrovits and
Brittany Kristen Domitrovits,

Debtors

No: 18-12926

CHAPTER 13

ORDER

UPON CONSIDERATION of the Initial Application for Allowance of Compensation Pursuant to § 331 of the United States Bankruptcy Code ("Application")

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,500.00, of which $2,290.00 was received pre-petition.

**Date: December 10, 2018**

_____
U.S. BANKRUPTCY JUDGE