**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kyle Joseph Domitrovits and Brittany Kristen Domitrovits,** | No: 18-12926 |
| **Debtors** | **CHAPTER 13** |

### ADDENDUM TO PART 9 OF THE 1ST AMENDED CHAPTER 13 PLAN DATED 9/20/2018

Counsel for the Debtors, Kyle Joseph Domitrovits and Brittany Kristen Domitrovits, hereby states that Part 9 of the 1st Amended Chapter 13 Plan dated September 20, 2018 should be amended as follows:

**Part 9: Non Standard or Additional Plan Provisions**

Under Bankruptcy Rule 3015.1(e), Plan provisions set forth below in Part 9 are effective only if the applicable box in Part 1 of this Plan is checked. Nonstandard or additional plan provisions placed elsewhere in the Plan are void.

☐ **None.** If "None" is checked, the rest of Part 9 need not be completed.

1. Holders of allowed secured claims not described in Part 4 shall retain the liens securing such claims and shall be paid post-petition, directly by debtor, as contractually due unless otherwise specified in this plan (arrears on said claims specifically discussed in Part 4). Payments towards deficiencies on under-secured claims are listed with the Unsecured Claims.
2. Debtors will pay all student loans outside of the Plan
3. Debtors shall make a one-time lump sum payment to the Trustee before the end of the case in the amount of $921.20 to cure the Plan of underfunding at the current Trustee's commission of 7.6%.

Laputka Law Office, LLC

Dated: April 5, 2019

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102