| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12926-PMM**

KYLE JOSEPH  DOMITROVITS
BRITTANY KRISTEN  DOMITROVITS
1028 HOGAN WAY
NORTHAMPTON  PA    18067

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/12/2018
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $467.26 | | 02/01/2019 | $467.26 | | 03/12/2019 | $467.26 | |
| 04/01/2019 | $467.26 | | 05/20/2019 | $467.26 | | 07/11/2019 | $467.00 | Delinquency (C |
| 07/22/2019 | $234.00 | Automatic Payr | 08/05/2019 | $234.00 | Automatic Payr | 08/26/2019 | $234.00 | Automatic Payr |
| 09/05/2019 | $234.00 | Automatic Payr | 09/23/2019 | $234.00 | Automatic Payr | 10/07/2019 | $234.00 | |
| 10/23/2019 | $234.00 | | 11/04/2019 | $234.00 | | 11/22/2019 | $234.00 | |
| 12/09/2019 | $234.00 | | 12/26/2019 | $234.00 | | 01/07/2020 | $234.00 | |
| 01/23/2020 | $234.00 | | 02/04/2020 | $234.00 | | 02/25/2020 | $234.00 | |
| 03/09/2020 | $234.00 | | 03/23/2020 | $234.00 | | 04/06/2020 | $234.00 | |
| 04/22/2020 | $234.00 | | 05/05/2020 | $234.00 | | 05/22/2020 | $234.00 | |
| 06/05/2020 | $234.00 | | 06/22/2020 | $234.00 | | 07/06/2020 | $234.00 | |
| 07/22/2020 | $234.00 | | 08/04/2020 | $234.00 | | | | |

**Total Receipts for the Period:  $8,887.30    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $11,021.82**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»»  002 | Secured Creditors | $399.94 | $399.94 | $0.00 |
| 16 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»»  016 | Unsecured Creditors | $1,073.45 | $211.26 | $862.19 |
| 17 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»»  017 | Unsecured Creditors | $2,326.44 | $457.84 | $1,868.60 |
| 19 | BANK OF AMERICA NA<br>»»  019 | Unsecured Creditors | $3,581.08 | $704.73 | $2,876.35 |
| 7 | BECKET & LEE, LLP<br>»»  007 | Unsecured Creditors | $507.90 | $99.95 | $407.95 |
| 1 | CAVALRY INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $2,121.80 | $417.56 | $1,704.24 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $183.00 | $32.17 | $150.83 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  009 | Unsecured Creditors | $145.77 | $16.39 | $129.38 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  010 | Unsecured Creditors | $1,296.98 | $255.24 | $1,041.74 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  011 | Unsecured Creditors | $288.97 | $56.86 | $232.11 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $562.46 | $110.69 | $451.77 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 014 | Unsecured Creditors | $200.57 | $35.24 | $165.33 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FEDERAL LOAN SERVICING<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION<br>»» 023 | Mortgage Arrears | $3,092.05 | $3,092.05 | $0.00 |
| 18 | M&T BANK<br>»» 18S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK<br>»» 18U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $491.74 | $96.78 | $394.96 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $510.66 | $100.50 | $410.16 |
| 5 | PEOPLE FIRST CU<br>»» 005 | Unsecured Creditors | $1,357.08 | $267.07 | $1,090.01 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,258.80 | $444.52 | $1,814.28 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $2,182.00 | $429.40 | $1,752.60 |
| 6 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 006 | Unsecured Creditors | $77.30 | $15.23 | $62.07 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $169.80 | $33.41 | $136.39 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $676.95 | $133.23 | $543.72 |
| 25 | CHARLES LAPUTKA ESQ<br>»» 025 | Attorney Fees | $2,210.00 | $2,210.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $11,021.82 | | Current Monthly Payment: | $467.26 |
| Paid to Claims: | $9,620.06 | | Arrearages: | $457.90 |
| Paid to Trustee: | $960.01 | | Total Plan Base: | $27,820.50 |
| Funds on Hand: | $441.75 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.