# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12926(PMM) |
| KYLE JOSEPH DOMITROVITS and | : | CHAPTER 13 |
| BRITTANY KRISTEN DOMITROVITS | : | |
| aka BRITTANY KRISTEN MESSENIEHNER | : | HEARING SCHEDULED FOR |
| | : | NOVEMBER 3, 2020 AT 10:00 A.M. |
| Debtors | | |

## CERTIFICATE OF SERVICE

Lavin, Cedrone, Graver, Boyd & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) and Waiver of 14 Day Stay of Effectiveness of Order and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on October 13, 2020, upon the following individuals:

                                              LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  October 13, 2020            By:  /s/ Regina Cohen
                                                      Regina Cohen, Esquire
                                                      Attorneys for Ally Bank

## SERVICE LIST

Charles Laputka, Esquire
1344 W. Hamilton street
Allentown, PA 18102
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Kyle Joseph Domitrovits
Brittany Kristen Domitrovits
1028 Hogan Way
Northampton, PA 18067


2194036v1