# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12926(PMM) |
| KYLE JOSEPH DOMITROVITS and | : | |
| BRITTAN KRISTEN DOMITROVITS | : | CHAPTER 13 |
| aka BRITTANY KRISTEN MESSENIEHNER | : | |
| | : | |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, ESQUIRE, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Bank for Relief from the Automatic Stay.  The response date in the above-captioned matter was on or before **October 28, 2020**, which is more than fifteen (15) days from the date of service.

                                                  **LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO**

                                                  /s/ Regina Cohen
                                                  Regina Cohen, Esquire
                                                  Attorney for Movant

DATED:  October 30, 2020

2198307v1