IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12926(PMM) |
| KYLE JOSEPH DOMITROVITS and | : | CHAPTER 13 |
| BRITTANY KRISTEN DOMITROVITS | : | |
| aka BRITTANY KRISTEN MESSENIEHNER | : | HEARING SCHEDULED FOR |
| | : | NOVEMBER 3, 2020 AT 10:00 A.M. |
| Debtors | | |

## ORDER GRANTING ALLY BANK
## RELIEF FROM THE AUTOMATIC STAY
## AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

On this 3rd day of November, 2020, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2012 Kia Sorento, VIN: 5XYKT3A60CG295068 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

/s/ Patricia M. Mayer

PATRICIA M. MAYER
United States Bankruptcy Judge

Copies mailed to:  See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Charles Laputka, Esquire
1344 W. Hamilton street
Allentown, PA 18102
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Kyle Joseph Domitrovits
Brittany Kristen Domitrovits
1028 Hogan Way
Northampton, PA 18067