United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12926-pmm |
| Kyle Joseph Domitrovits | Chapter 13 |
| Brittany Kristen Domitrovits | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Nov 03, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2020:**

**Recip ID     Recipient Name and Address**
db/jdb     + Kyle Joseph Domitrovits, Brittany Kristen Domitrovits, 1028 Hogan Way, Northampton, PA 18067-2701

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2020 at the address(es) listed below:

**Name     Email Address**

CHARLES LAPUTKA
    on behalf of Joint Debtor Brittany Kristen Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

CHARLES LAPUTKA
    on behalf of Debtor Kyle Joseph Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

JEROME B. BLANK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

District/off: 0313-4     User: Adminstra     Page 2 of 2
Date Rcvd: Nov 03, 2020     Form ID: pdf900     Total Noticed: 1

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-12926(PMM) |
| KYLE JOSEPH DOMITROVITS and | : | CHAPTER 13 |
| BRITTANY KRISTEN DOMITROVITS | : | |
| aka BRITTANY KRISTEN MESSENIEHNER | : | HEARING SCHEDULED FOR |
| | : | NOVEMBER 3, 2020 AT 10:00 A.M. |
| Debtors | | |

### ORDER GRANTING ALLY BANK
### RELIEF FROM THE AUTOMATIC STAY
### AND WAIVER OF 14 DAY STAY OF EFFECTIVENESS OF ORDER

On this  3rd  day of  November , 2020, after notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2012 Kia Sorento, VIN: 5XYKT3A60CG295068 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).  Ally Bank may act immediately upon entry of this Order; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contract, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge

Copies mailed to:  See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
L‌avin, C‌edrone, G‌raver, B‌oyd & D‌i‌S‌ipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Charles Laputka, Esquire
1344 W. Hamilton street
Allentown, PA 18102
(Via ECF Only)


Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Kyle Joseph Domitrovits
Brittany Kristen Domitrovits
1028 Hogan Way
Northampton, PA 18067