| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12926-PMM**

KYLE JOSEPH DOMITROVITS
BRITTANY KRISTEN DOMITROVITS
1028 HOGAN WAY
NORTHAMPTON  PA   18067

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/12/2018
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $234.00 | | 01/23/2020 | $234.00 | | 02/04/2020 | $234.00 | |
| 02/25/2020 | $234.00 | | 03/09/2020 | $234.00 | | 03/23/2020 | $234.00 | |
| 04/06/2020 | $234.00 | | 04/22/2020 | $234.00 | | 05/05/2020 | $234.00 | |
| 05/22/2020 | $234.00 | | 06/05/2020 | $234.00 | | 06/22/2020 | $234.00 | |
| 07/06/2020 | $234.00 | | 07/22/2020 | $234.00 | | 08/04/2020 | $234.00 | |
| 08/24/2020 | $234.00 | | 09/04/2020 | $234.00 | | 09/22/2020 | $234.00 | |
| 10/05/2020 | $234.00 | | 10/22/2020 | $234.00 | | 11/04/2020 | $234.00 | |
| 11/23/2020 | $234.00 | | 12/07/2020 | $234.00 | | 12/22/2020 | $234.00 | |
| 01/05/2021 | $234.00 | | 01/25/2021 | $234.00 | | 02/04/2021 | $234.00 | |
| 02/23/2021 | $234.00 | | 03/08/2021 | $234.00 | | 03/22/2021 | $234.00 | |
| 04/05/2021 | $234.00 | | 04/22/2021 | $234.00 | | 05/05/2021 | $234.00 | |
| 05/24/2021 | $234.00 | | 06/07/2021 | $234.00 | | | | |

**Total Receipts for the Period: $8,190.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,701.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $399.94 | $399.94 | $0.00 |
| 16 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $1,073.45 | $453.73 | $619.72 |
| 17 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $2,326.44 | $983.36 | $1,343.08 |
| 19 | BANK OF AMERICA NA<br>»» 019 | Unsecured Creditors | $3,581.08 | $1,513.67 | $2,067.41 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $507.90 | $204.00 | $303.90 |
| 1 | CAVALRY INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,121.80 | $896.84 | $1,224.96 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $183.00 | $67.54 | $115.46 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $145.77 | $47.46 | $98.31 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,296.98 | $548.23 | $748.75 |

**Chapter 13 Case No. 18-12926-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $288.97 | $122.13 | $166.84 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $562.46 | $225.91 | $336.55 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 014 | Unsecured Creditors | $200.57 | $84.75 | $115.82 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FEDERAL LOAN SERVICING<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION<br>»» 023 | Mortgage Arrears | $3,092.05 | $3,092.05 | $0.00 |
| 18 | M&T BANK<br>»» 18S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK<br>»» 18U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $491.74 | $197.50 | $294.24 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $510.66 | $205.12 | $305.54 |
| 5 | PEOPLE FIRST CU<br>»» 005 | Unsecured Creditors | $1,357.08 | $573.62 | $783.46 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,258.80 | $954.77 | $1,304.03 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $2,182.00 | $922.29 | $1,259.71 |
| 6 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 006 | Unsecured Creditors | $77.30 | $31.06 | $46.24 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $169.80 | $68.18 | $101.62 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $676.95 | $271.89 | $405.06 |
| 25 | CHARLES LAPUTKA ESQ<br>»» 025 | Attorney Fees | $2,210.00 | $2,210.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,701.82 | Current Monthly Payment: | $467.26 |
| Paid to Claims: | $14,074.04 | Arrearages: | $450.50 |
| Paid to Trustee: | $1,329.73 | Total Plan Base: | $27,820.50 |
| Funds on Hand: | $298.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.