**Fill in this information to identify the case:**

Debtor 1     Kyle Joseph Domitrovits

Debtor 2     Brittany Kristen Domitrovits
(Spouse, if filing)

United States Bankruptcy Court for the Eastern        District of Pennsylvania
                                                                  (State)

Case number     18-12926-pmm

## Form 4100S

## Supplemental Proof of Claim for CARES Forbearance Claim    02/21

This Supplemental Proof of Claim is filed in compliance with the requirements of 11 U.S.C. § 501(f)(1) as the Debtor was granted a forbearance under the CARES Act (15 U.S.C. § 9056 or 9057). "Creditor" in this form means "eligible creditor" under 11 U.S.C. § 501(f). File this form as a supplement to your proof of claim.

**Name of creditor:**    Freedom Mortgage Corporation

**Court claim no**. (if known):
23-1

**Last 4 digits** of any number you use to identify the debtor's account:    6   3   9   6

**Property address:**    1028 Hogan Way
                Number      Street
                Northampton, Pennsylvania 18067-2701
                City                       State     ZIP Code

### Part 1:    Amount of Loan That Was Not Received During Forbearance Period

List of payments not received during forbearance period:

| Forborne (FB) Payment Date | FB Payment Amount | Payment Amount Received During Forbearance | Date Funds Received |
|---|---|---|---|
| 05/01/2020 | $ 1,343.43 | $ 1,343.43 | 3/30/2021 |
| 06/01/2020 | $ 1,343.43 | | |
| 07/01/2020 | $ 1,343.43 | | |
| 08/01/2020 | $ 1,343.43 | | |
| 09/01/2020 | $ 1,343.43 | | |
| 10/01/2020 | $ 1,343.43 | | |
| 11/01/2020 | $ 1,343.43 | | |
| 12/01/2020 | $ 1,315.45 | | |
| 01/01/2021 | $ 1,315.45 | | |
| 02/01/2021 | $ 1,315.45 | | |
| 03/01/2021 | $ 1,315.45 | | |
| **Totals** | **$ 14,665.81** | **$ 1,343.43** | |

**Total of payments due under the forbearance:**    $ 13,322.38

| Part 2: | Information About Agreement to Modify or Defer Loan Obligation |
|---|---|

Have the Debtor and Creditor entered into an agreement to modify or defer the loan obligation in connection with the forbearance?

❑  Yes. Include the information required by 11 USC § 501(f)(2)(B)(i)-(iii) and attach copies of the writing outlining the modification or deferral:

        ❍      The loan was modified as follows:

        ❍      The amount of forborne payments and the deferral date:

☒ No. Debtor or their counsel should contact the Creditor about any resolutions that may be available to the Debtor.

| Part 3: |
|---|

**The person completing this form must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box:*

❑  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

✗ */s/Phillip  Raymond* _____    Date  7/28/2021_____
       Signature

Print         Phillip  Raymond_____    Title Bankruptcy Attorney_
          First Name        Middle Name      Last Name

Company    McCalla Raymer Leibert Pierce, LLC_____

Address     1544 Old Alabama Road_____
          Number        Street

          Roswell_____  GA    30076
          City                  State    ZIP Code

Contact phone  732-692-6872_____    Email Phillip.Raymond@mccalla.com_____