IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>KYLE JOSEPH DOMITROVITS<br>BRITTANY KRISTEN DOMITROVITS<br>    Debtors | Case No. 18-12926-pmm |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>KYLE JOSEPH DOMITROVITS<br>BRITTANY KRISTEN DOMITROVITS<br>    Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 12th day of January, 2022 it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_/s/ Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge