United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12926-pmm |
| Kyle Joseph Domitrovits | Chapter 13 |
| Brittany Kristen Domitrovits | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Joseph Domitrovits, Brittany Kristen Domitrovits, 1028 Hogan Way, Northampton, PA 18067-2701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Brittany Kristen Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Kyle Joseph Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

REBECCA ANN SOLARZ
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  ksweeney@lavin-law.com

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE:<br>KYLE JOSEPH DOMITROVITS<br>BRITTANY KRISTEN DOMITROVITS<br>　　Debtors | Case No. 18-12926-pmm |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>KYLE JOSEPH DOMITROVITS<br>BRITTANY KRISTEN DOMITROVITS<br>　　Respondents | 11 U.S.C. §362 |

**ORDER**

　　**AND NOW**, this 12th day of January, 2022 it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge