# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>KYLE JOSEPH DOMITROVITS and BRITTANY KRISTEN DOMITROVITS | Case No. 18-12926-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>KYLE JOSEPH DOMITROVITS and BRITTANY KRISTEN DOMITROVITS,<br>    Debtor | |

## CERTIFICATION OF NO ANSWER TO FREEDOM MORTGAGE CORPORATION'S MOTION TO APPROVE LOAN MODIFICATION AND FOR APPROVAL TO EXECUTE AND RECORD PARTIAL CLAIM AGREEMENT

The undersigned hereby certifies that, as of January 18, 2022, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Modification and for Approval to Execute and Record Partial Claim Agreement.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Modification and for Approval to Execute and Record Partial Claim Agreement, have been filed. Objections to the Movant's Motion were to be filed and served before January 14, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

*/s/ Andrew Spivack*
Andrew Spivack
(Bar No. 84439)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x3017
Facsimile:  704-369-0760
E-Mail:  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE:<br>KYLE JOSEPH DOMITROVITS and BRITTANY KRISTEN DOMITROVITS | Case No. 18-12926-pmm<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>     Movant<br><br>vs.<br><br>KYLE JOSEPH DOMITROVITS and BRITTANY KRISTEN DOMITROVITS,<br>     Debtor | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Certificate of No Answer has been electronically served or mailed, postage prepaid on this day to the following:

KYLE JOSEPH DOMITROVITS
1028 HOGAN WAY
NORTHAMPTON, PA 18067-2701

BRITTANY KRISTEN DOMITROVITS
1028 HOGAN WAY
NORTHAMPTON, PA 18067-2701

Charles Laputka, Debtor's Attorney
Laputka Law Office
1344 W. Hamilton St
Allentown, PA 18102
claputka@laputkalaw.com

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.com

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

January 18, 2022

                                              */s/ Andrew Spivack*
                                              Andrew Spivack
                                              (Bar No. 84439)
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              302 Fellowship Road, Suite 130
                                              Mount Laurel, NJ 08054
                                              Telephone:  844-856-6646 x3017
                                              Facsimile:  704-369-0760
                                              E-Mail:  PABKR@brockandscott.com