**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Reading Division*

| | |
|---|---|
| IN RE: <br> KYLE JOSEPH DOMITROVITS <br> BRITTANY KRISTEN DOMITROVITS <br> aka BRITTANY KRISTEN MESSENIEHNER | Case No. 18-12926-pmm |
| FREEDOM MORTGAGE CORPORATION, <br><br>     Movant <br><br> vs. <br><br> KYLE JOSEPH DOMITROVITS <br> BRITTANY KRISTEN DOMITROVITS <br> aka BRITTANY KRISTEN MESSENIEHNER, <br>     Debtor | Chapter 13 |

**ORDER**

        AND NOW, this _____20th_____ day of __January, 2022____, ~~202~~1, upon consideration of
FREEDOM MORTGAGE CORPORATION (Movant), Motion to Allow Loan Modification and for
Approval to Execute and Record Partial Claim Agreement and any response thereto (if any), it is:

        **ORDERED AND DECREED:** that the Partial Claim Agreement as attached to the Motion to
Allow Loan Modification and for Approval to Execute and Record Partial Claim Agreement is
approved.

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S Bankruptcy Court Judge