| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12926-PMM**

KYLE JOSEPH DOMITROVITS
BRITTANY KRISTEN DOMITROVITS
1028 HOGAN WAY
NORTHAMPTON  PA   18067

Petition Filed Date: 04/30/2018
341 Hearing Date: 06/12/2018
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $234.00 | | 04/22/2021 | $234.00 | | 05/05/2021 | $234.00 | |
| 05/24/2021 | $234.00 | | 06/07/2021 | $234.00 | | 06/22/2021 | $234.00 | |
| 07/06/2021 | $234.00 | | 07/22/2021 | $234.00 | | 08/04/2021 | $234.00 | |
| 08/23/2021 | $234.00 | | 09/07/2021 | $234.00 | | 09/22/2021 | $234.00 | |
| 10/05/2021 | $234.00 | | 10/22/2021 | $234.00 | | 11/04/2021 | $234.00 | |
| 11/22/2021 | $234.00 | | 12/06/2021 | $234.00 | | 12/22/2021 | $234.00 | |
| 01/04/2022 | $234.00 | | 01/25/2022 | $234.00 | | 02/04/2022 | $234.00 | |
| 02/23/2022 | $234.00 | | 03/07/2022 | $234.00 | | 03/22/2022 | $234.00 | |
| 04/04/2022 | $234.00 | | 04/25/2022 | $234.00 | | 05/05/2022 | $234.00 | |
| 05/23/2022 | $234.00 | | 06/07/2022 | $234.00 | | 06/24/2022 | $234.00 | |
| 07/06/2022 | $234.00 | | 07/25/2022 | $234.00 | | | | |

**Total Receipts for the Period: $7,488.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,019.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ALLY FINANCIAL<br>»» 002 | Secured Creditors | $399.94 | $399.94 | $0.00 |
| 16 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 016 | Unsecured Creditors | $1,073.45 | $751.91 | $321.54 |
| 17 | BILL ME LATER AS SERVICER for SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $2,326.44 | $1,654.68 | $671.76 |
| 19 | BANK OF AMERICA NA<br>»» 019 | Unsecured Creditors | $3,581.08 | $2,547.02 | $1,034.06 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $507.90 | $355.80 | $152.10 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,121.80 | $1,509.12 | $612.68 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $183.00 | $118.38 | $64.62 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $145.77 | $97.42 | $48.35 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $1,296.98 | $908.52 | $388.46 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $288.97 | $193.10 | $95.87 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 013 | Unsecured Creditors | $562.46 | $394.01 | $168.45 |
| 14 | DEPARTMENT STORE NATIONAL BANK »» 014 | Unsecured Creditors | $200.57 | $134.02 | $66.55 |
| 4 | EDUCATIONAL CREDIT MGMT CORP »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FEDERAL LOAN SERVICING »» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION »» 023 | Mortgage Arrears | $3,092.05 | $3,092.05 | $0.00 |
| 18 | M&T BANK »» 18S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK »» 18U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 003 | Unsecured Creditors | $491.74 | $344.46 | $147.28 |
| 12 | MOMA FUNDING LLC »» 012 | Unsecured Creditors | $510.66 | $357.73 | $152.93 |
| 5 | PEOPLE FIRST CU »» 005 | Unsecured Creditors | $1,357.08 | $950.61 | $406.47 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,258.80 | $1,606.55 | $652.25 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $2,182.00 | $1,551.91 | $630.09 |
| 6 | RECEIVABLES MANAGEMENT SYSTEMS »» 006 | Unsecured Creditors | $77.30 | $46.67 | $30.63 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $169.80 | $118.91 | $50.89 |
| 15 | TD BANK USA NA »» 015 | Unsecured Creditors | $676.95 | $474.18 | $202.77 |
| 25 | CHARLES LAPUTKA ESQ »» 025 | Attorney Fees | $2,210.00 | $2,210.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,019.82 | Current Monthly Payment: | $467.26 |
| Paid to Claims: | $19,816.99 | Arrearages: | $674.14 |
| Paid to Trustee: | $1,867.93 | Total Plan Base: | $27,820.50 |
| Funds on Hand: | $334.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.