| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-12926-PMM

KYLE JOSEPH  DOMITROVITS  
BRITTANY KRISTEN  DOMITROVITS  
1028 HOGAN WAY  
NORTHAMPTON  PA     18067  

Petition Filed Date: 04/30/2018  
341 Hearing Date: 06/12/2018  
Confirmation Date: 10/25/2018  

Case Status: Completed on 7/25/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $234.00 | | 08/23/2022 | $234.00 | | 09/06/2022 | $234.00 | |
| 09/22/2022 | $234.00 | | 10/05/2022 | $234.00 | | 10/24/2022 | $234.00 | |
| 11/04/2022 | $234.00 | | 11/22/2022 | $234.00 | | 12/05/2022 | $234.00 | |
| 12/22/2022 | $234.00 | | 01/05/2023 | $234.00 | | 01/24/2023 | $234.00 | |
| 02/06/2023 | $234.00 | | 02/23/2023 | $234.00 | | 03/07/2023 | $234.00 | |
| 03/22/2023 | $234.00 | | 04/04/2023 | $234.00 | | 04/24/2023 | $234.00 | |
| 05/05/2023 | $234.00 | | 05/22/2023 | $250.00 | | 06/06/2023 | $250.00 | |
| 06/23/2023 | $250.00 | | 07/06/2023 | $250.00 | | 07/14/2023 | $626.00 | |
| 07/25/2023 | $1.00 | | | | | | | |

**Total Receipts for the Period:  $6,073.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,092.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | ALLY FINANCIAL<br>»»  002 | Secured Creditors | $399.94 | $399.94 | $0.00 |
| 16 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»»  016 | Unsecured Creditors | $1,073.45 | $1,073.40 | $0.05 |
| 17 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK<br>»»  017 | Unsecured Creditors | $2,326.44 | $2,326.34 | $0.10 |
| 19 | BANK OF AMERICA NA<br>»»  019 | Unsecured Creditors | $3,581.08 | $3,580.92 | $0.16 |
| 7 | CAPITAL ONE NA<br>»»  007 | Unsecured Creditors | $507.90 | $507.88 | $0.02 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»»  001 | Unsecured Creditors | $2,121.80 | $2,121.71 | $0.09 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  008 | Unsecured Creditors | $183.00 | $182.99 | $0.01 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  009 | Unsecured Creditors | $145.77 | $145.76 | $0.01 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  010 | Unsecured Creditors | $1,296.98 | $1,296.92 | $0.06 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  011 | Unsecured Creditors | $288.97 | $288.96 | $0.01 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  013 | Unsecured Creditors | $562.46 | $562.43 | $0.03 |

**Chapter 13 Case No. 18-12926-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» 014 | Unsecured Creditors | $200.57 | $185.73 | $14.84 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | US DEPARTMENT OF EDUCATION<br>»» 024 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FREEDOM MORTGAGE CORPORATION<br>»» 023 | Mortgage Arrears | $3,092.05 | $3,092.05 | $0.00 |
| 18 | M&T BANK<br>»» 18S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | M&T BANK<br>»» 18U | Unsecured Creditors | $1.00 | $1.00 | $0.00 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 003 | Unsecured Creditors | $491.74 | $491.72 | $0.02 |
| 12 | MOMA FUNDING LLC<br>»» 012 | Unsecured Creditors | $510.66 | $510.64 | $0.02 |
| 5 | PEOPLE FIRST CU<br>»» 005 | Unsecured Creditors | $1,357.08 | $1,357.02 | $0.06 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,258.80 | $2,258.70 | $0.10 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $2,182.00 | $2,181.90 | $0.10 |
| 6 | RECEIVABLES MANAGEMENT SYSTEMS<br>»» 006 | Unsecured Creditors | $77.30 | $77.30 | $0.00 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $169.80 | $169.79 | $0.01 |
| 15 | TD BANK USA NA<br>»» 015 | Unsecured Creditors | $676.95 | $676.92 | $0.03 |
| 25 | CHARLES LAPUTKA ESQ<br>»» 025 | Attorney Fees | $2,210.00 | $2,210.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $28,092.82 | | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $25,700.02 | | Arrearages: | $0.00 |
| Paid to Trustee: | $2,377.06 | | Total Plan Base: | $28,092.80 |
| Funds on Hand: | $15.74 | | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.