Certificate Number: 17082-PAE-DE-037730960

Bankruptcy Case Number: 18-12926



17082-PAE-DE-037730960

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2023, at 9:09 o'clock AM MST, KYLE J DOMITROVITS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2023          By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director