United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 18-12926-pmm

Kyle Joseph Domitrovits                                         Chapter 13

Brittany Kristen Domitrovits

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                                User: admin                                                Page 1 of 4

Date Rcvd: Sep 06, 2023                                 Form ID: 138OBJ                                   Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Joseph Domitrovits, Brittany Kristen Domitrovits, 1028 Hogan Way, Northampton, PA 18067-2701 |
| 14548369 | + | Ally Bank, C/O REGINA COHEN, Lavin Cedrone Graver Boyd and Disipio, 190 North Independence Mall West, 6th and Race Streets, Suite 500 Philadelphia, PA 19106-1554 |
| 14643694 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14100025 | + | CREDIT CONTROL LLC, PO Box 487, Hazelwood, MO 63042-0487 |
| 14100026 | + | FEDERAL LOAN SERVICING CREDIT, PO BOX 60610, Harrisburg, PA 17106-0610 |
| 14414739 | | Freedom Mortgage Corporation, C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14643956 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14163807 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14100031 | + | M&T Bank, PO Box 3340, Buffalo, NY 14240-3340 |
| 14100034 | + | NATIONAL RECOVERY, 2491 PAXTON STREET, Harrisburg, PA 17111-1036 |
| 14100035 | + | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14100040 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, PEOPLE'S FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LANE, Allentown, PA 18103 |
| 14120861 | + | People First FCU, R.A. Rogers, Inc., P O Box 3302, Crofton, MD 21114-0302 |
| 14100927 | + | Synchrony Bank by AIS, InfoSource, LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14219193 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14100048 | + | Valley Central Veterinary Referral, 210 Fullerton Ave, Whitehall, PA 18052-6811 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 06 2023 23:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2023 23:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14100018 | + | Email/Text: bncnotifications@pheaa.org | Sep 06 2023 23:37:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14104507 | | Email/Text: ally@ebn.phinsolutions.com | Sep 06 2023 23:37:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14100019 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 06 2023 23:37:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14100020 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2023 23:37:00 | BANK OF AMERICA, PO BOX 982238, El Paso, TX 79998-2238 |

Case 18-12926-pmm   Doc 89   Filed 09/08/23   Entered 09/09/23 00:31:23   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: 138OBJ | Total Noticed: 63 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14131484 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 06 2023 23:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14100021 | + | Email/Text: notices@burt-law.com | Sep 06 2023 23:37:00 | Burton Neil & Associates, 1060 Andrew Drive Suite 170, West Chester, PA 19380-5600 |
| 14100023 | + | Email/Text: bankruptcy@cavps.com | Sep 06 2023 23:37:00 | CAVALRY PORTFOLIO SERVICE, 500 SUMMIT LAKE DRIVE, Valhalla, NY 10595-2321 |
| 14100022 | + | Email/Text: cms-bk@cms-collect.com | Sep 06 2023 23:37:00 | Capital Management Services, LP, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 14123758 | | Email/PDF: bncnotices@becket-lee.com | Sep 06 2023 23:56:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14101243 | + | Email/Text: bankruptcy@cavps.com | Sep 06 2023 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14100024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 23:56:55 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14127866 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2023 23:37:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14125534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2023 00:10:46 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14100032 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 23:56:52 | MACY'S, PO BOX 8218, Mason, OH 45040 |
| 14262772 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2023 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14737316 | + | Email/Text: EBN@edfinancial.com | Sep 06 2023 23:37:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14278077 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 06 2023 23:37:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14100027 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 06 2023 23:37:00 | Freedom Mortgage, 907 Pleasant Valley Ste 3, Mount Laurel, NJ 08054-1210 |
| 14643695 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 06 2023 23:37:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14674742 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 06 2023 23:37:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14162704 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 06 2023 23:37:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14100028 | + | Email/Text: bankruptcy@affglo.com | Sep 06 2023 23:37:00 | GLOBAL CREDIT & COLLECTION CORP., 5440 N. CUMBERLAND AVE. STE 300, Chicago, IL 60656-1486 |
| 14100029 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2023 23:37:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14100030 | + | Email/Text: Documentfiling@lciinc.com | Sep 06 2023 23:37:00 | Lending Club, 21 Stevenson Suite 300, San Francisco, CA 94105-2706 |
| 14130305 | + | Email/Text: camanagement@mtb.com | Sep 06 2023 23:37:00 | M&T Bank, PO BOX 1508, Buffalo, NY 14240-1508 |
| 14297064 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 06 2023 23:37:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14100033 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 23:37:00 | MIDLAND CREDIT MANAGEMENT, 8875 AERO DRIVE, SUITE 200, San Diego, CA |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2023 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 14112691 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 23:37:00 | 92123-2255 <br> Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14100036 | ^ | MEBN | Sep 07 2023 11:01:57 | NCB Management Services, PO Box 1099, Langhorne, PA 19047-6099 |
| 14100037 | | Email/Text: paparalegals@pandf.us | Sep 06 2023 23:37:00 | Patenaude & Felix, APC, 213 E. Main Street, Carnegie, PA 15106 |
| 14114198 | + | Email/Text: bncnotifications@pheaa.org | Sep 06 2023 23:37:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14100041 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 23:57:03 | PORTFOLIO, 120 CORPORATE BLVD., SUITE 100, Norfolk, VA 23502-4952 |
| 14159839 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 23:56:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14120860 | + | Email/Text: joey@rmscollect.com | Sep 06 2023 23:37:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14100038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 23:56:28 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14124910 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2023 23:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14124909 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2023 23:37:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14100042 | + | Email/Text: bankruptcy@rarogersinc.com | Sep 06 2023 23:37:00 | R.A. Rogers, Inc., PO Box 3302, Crofton, MD 21114-0302 |
| 14100043 | + | Email/Text: joey@rmscollect.com | Sep 06 2023 23:37:00 | Receivable Management Systems, PO Box 8630, Richmond, VA 23226-0630 |
| 14100044 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2023 00:10:31 | SYNCB/CAR CARE PEP BOYS, PO Box 965068, Orlando, FL 32896-5068 |
| 14100045 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 23:56:15 | SYNCB/HH Gregg, PO Box 965036, Orlando, FL 32896-5036 |
| 14202493 | + | Email/Text: bncmail@w-legal.com | Sep 06 2023 23:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14100046 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2023 00:10:36 | SYNCHRONY BANK/JCPENNY, PO BOX 965007, Orlando, FL 32896-5007 |
| 14100047 | + | Email/Text: bncmail@w-legal.com | Sep 06 2023 23:37:00 | TD Bank USA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14127865 | + | Email/Text: bncmail@w-legal.com | Sep 06 2023 23:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14202494 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14100039 | ##+ | PENN CREDIT CORP., 916 S. 14TH STREET, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Brittany Kristen Domitrovits claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Kyle Joseph Domitrovits claputka@laputkalaw.com  jen@laputkalaw.com;jbolles@laputkalaw.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kyle Joseph Domitrovits and Brittany
Kristen Domitrovits
      Debtor(s)                                        Case No: 18−12926−pmm
                                                               Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/6/23