United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                         Case No. 18-12926-pmm
Kyle Joseph Domitrovits                                                                                            Chapter 13
Brittany Kristen Domitrovits
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 2
Date Rcvd: Nov 07, 2023        Form ID: 195        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kyle Joseph Domitrovits, Brittany Kristen Domitrovits, 1028 Hogan Way, Northampton, PA 18067-2701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Joint Debtor Brittany Kristen Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| CHARLES LAPUTKA | on behalf of Debtor Kyle Joseph Domitrovits claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 07, 2023 | Form ID: 195 | Total Noticed: 1 |

JEROME B. BLANK
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

REGINA COHEN
 on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

ROBERT J. DAVIDOW
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

THOMAS SONG
 on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Kyle Joseph Domitrovits and Brittany Kristen Domitrovits  : Case No. 18−12926−pmm
    Debtor(s)

***ORDER***
_____

AND NOW, this day , November 7, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

95
Form 195